VERONICA BARISICH, ESQ. (State Bar No. 9293)
MANDARICH LAW GROUP LLP
9200 Oakdale Avenue, Suite 601
Chatsworth, CA 91311
(855) 441-5983 Telephone
(818) 888-1260 Facsimile

Attorney for Defendant
MANDARICH LAW GROUP, LLP

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| KERRI CLARK, <br><br> Plaintiff, <br><br> v. <br><br> MANDARICH LAW GROUP, LLP, <br><br> Defendants. | CASE NO. 2:18-CV-00084-JAD-CWH <br><br> Stipulation and Order to Extend Time to Respond to the Complaint <br><br> Complaint served: January 22, 2018 <br> Current response date: February 12, 2018 <br> New response date: February 26, 2018 |

Defendant has requested, and Plaintiff has agreed, for additional time for Defendant to respond to the Complaint.

IT IS HEREBY STIPULATED by and between Plaintiff Kerri Clark and Defendant Mandarich Law Group, LLP, through their attorneys of record, that the time for Defendant to file its responsive pleading to Plaintiff's Complaint is extended from February 12, 2018 to February 26, 2018.

DATED: February 12, 2018         **MANDARICH LAW GROUP, LLP**

By:   /s/  Veronica Barisich, Esq.
      Veronica Barisich
      Attorney for Defendant
      Mandarich Law Group, LLP

**LAW OFFICE OF VERNON NELSON**

By:  /s/ Vernon Nelson, Jr. Esq.
     Vernon Nelson, Jr.
     Attorney for Plaintiff


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


DATED:   February 27, 2018
         _____

```
 1  VERONICA BARISICH, ESQ. (State Bar No. 9293)
    MANDARICH LAW GROUP LLP
 2  9200 Oakdale Avenue, Suite 601
 3  Chatsworth, CA 91311
    (855) 441-5983 Telephone
 4  (818) 888-1260 Facsimile
 5
    Attorney for Defendant
 6  MANDARICH LAW GROUP, LLP
 7
 8                  UNITED STATES DISTRICT COURT
 9                       DISTRICT OF NEVADA
10
11  KERRI CLARK,                    CASE NO.
                                    2:18-CV-00084-JAD-CWH
12        Plaintiff,
13        v.                        CERTIFICATE OF SERVICE
14  MANDARICH LAW GROUP, LLP,
15        Defendants.
```

I am a citizen of the United States and a resident of the State Nevada. I am over the age of eighteen years, and not a party to the within action. My business address is 9200 Oakdale Avenue, Suite 601, Chatsworth, CA 91311, I served the documents described below:

**Stipulation and Order to Extend Time to Respond to the Complaint**

Via email to lead counsel listed on CM/ECF as "Attorney to be Noticed.":

VERNON NELSON, ESQ.
THE LAW OFFICES OF VERNON NELSON, PLLC
9480 SOUTH EASTERN AVENUE, SUITE 244
LAS VEGAS, NEVADA, 89123
EMAIL: VNELSON@NELSONLAWFIRMLV.COM

I declare under penalty of perjury under the laws of the State of Nevada that the above is true and correct.

Executed on February 26, 2018 in Las Vegas, Nevada.

By: /s/ Veronica Barisich
VERONICA BARISICH, ESQ. (State Bar No. 9293)
MANDARICH LAW GROUP LLP
9200 Oakdale Avenue, Suite 601
Chatsworth, CA 91311
(855) 441-5983 Telephone
(818) 888-1260 Facsimile
veronicab@mandarichlaw.com
*Counsel for Defendants*
